<table>
<tr><td colspan="3">For Clerk's Office Use</td></tr>
<tr><td>Judge</td><td>Rec'd Date</td><td>Grv.</td></tr>
<tr><td></td><td></td><td></td></tr>
</table>

For use by inmates in filing a complaint under CIVIL RIGHTS ACT, 42 USC § 1983

INMATE NAME: _Philip DARIUS CRAYTON_

PRISONER NO.: _1146494_

PLACE OF CONFINEMENT: _Red onion State Prison C-402_

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF VIRGINIA

_Philip DARIUS CRAYTON_
Enter Full Name          Plaintiff

vs.

_MCV DR. Surgen Urologist, SX-15 PDD MR. Wlpe SX-15J-P medical Admin Hirota MS. Tam eca Head_
_SX.1.J.P crutch com nurse Lt. Charity, Lt. Lord. D.O.S.P Dr. Smith Hart, Medical Head MS. Vickie Phipps, James Parks, Fredd—_
_Schilling_
Enter Full Name(s)          Defendant(s)            CIVIL ACTION NO. _____

A.    Have you begun other actions in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

_____ Yes    ✓ No

B.    If your answer to A is Yes, describe the action in the space below.

1.    Parties to the Action: _____

_____

2.    Court: _____

3.    Docket No.: _____

4.    Judge: _____

5.    Disposition: _____

_____

(For example, is the case still pending? If not, what was the ruling? Was the case appealed?)

C.    Have you filed any grievances regarding the facts of your complaint?

Yes ✓    No _____

1.    If your answer is Yes, complete the enclosed verified statement, indicating the result. Please attach evidence of your exhaustion of all available grievance procedures.

If your answer is No, indicate the reason for failure to exhaust on the verified statement. You may be required to exhaust your claims through any applicable grievance procedures. Your complaint may be dismissed if you fail to exhaust all avenues of the grievance process in a timely fashion.

_But S.X.1.J.P GRV.—INF Cordinator FAILED to send me A receipt or A response Back so I went to A Hilgston Jail house Lawer And I he helped me file GRV. And INF to office Health Service Recived 5-18-15. stamped to exhust my Institunal Remedies Richmond CBurosman unit sent my INF-GRV.2. to_
_I filed INF complaint on 5-10-15 to be mailed to SX.15-P-Prison from R.O.S Prison Health Service department_

RECEIVED
AUG 27 2015
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

**D.** **Statement of Claim** - State here briefly the facts of your case. Describe how each defendant is involved. Include also the names of other persons involve, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. Use as much space as needed. You may attach extra paper. If necessary.

**Claim #1 - Supporting Facts** - Tell your story briefly without citing cases or law.

on Jan. 27, 2015 I were transfered Away from JX.I.S.P on Jan. 20, 2015 I had Sergery on my Penis with Urology DR. MR At MCV → Hospital And I were Due to Receive A follow up Appointment with MC Urologist. within a Two Month time frame. No later. I were to recieve this urology follow up Before I were transfered Away from Sussex-I Prison Medical But MCV. Hospital to Urology DR. MR failed to Redule me AA Poentment for my urology follow up. NO later. SX.I.S.P Medical Administration failing to do so Also. then without being cleared of Medical examination by MCV urology DR. MR? or DR. Wipe At SX.I.S.P Security TRANSported me out of JX.I.S.P Medical cell - on emergency Approval by Head of transportation MR. James parks or MR. Fred Chilli.

**Claim #2 - Supporting Facts** - Tell your story briefly without citing cases or law.

to send my pain Medications with me or Vision With DR I DX'd. Transfered back to C.O.S.P. DR. JMM At C.O.S.P Didnot ever examin me or even will me to see was I okay Arriving back. So I Suffered from Massive Amount of Pains in my PENIS, Scrotom's And for month every day in pain without pain medication I were Urinating Blood. Puss coming out of my Penis Bleedin My Bowel Movement. my Medical Follow up Appoinment Due process were Clearly Violated, Neglected, Denigh ed. Needless MCV. urologist DR - MR. And MCV D.o.c Medical And Hospital Knew I were Suppoesed to recieved A urology follow up in Two months. After my urology Surgery. But the All-SX.I.S.P Had Medical Admin. And MR. James parks Head

**Claim #3 - Supporting Facts** - Tell your story briefly without citing cases or law.

of Health Services Director All Knew & Aware of my transferaway from JX.I.S.P Medical unit without recieving my follow up. But they All Didnot Care they All Choose to tranfer me out Anyway. Along with Watch commander Security Y And Lt. Lord And Sgt. Goodwich. All Still TRANSported me Back to C.O.S.P. Anyway to put my Health in harm of Jeopardy. Also C.O.S.P Administration Vikki Phippard & more the Neglect Medical benghith me my urology follow up in two month Apposer delivery Surgery I Suffered then And Now from No Erection. No Evacuation. Damaged Nerved. man PENIS And Scrotom. And in my Anus, Lt. char if James parks Head of transportation know what me Fred Chilli Are responsible for orderly transfer to move me And Health service Cleared me,

**E.** **State what relief you seek from the Court.** Make no legal arguments, cite no cases or statutes. Medical belieberate And indifference, and cruel And Unusual Punishments. Punitive Damage, Declator y Damages, injunction Relief. I AM Asking 4-Million - four million for punitive damage. 4,000.000 for compensitory Damage, injunction Relief of the court to send me to a J/W Region Hospital for treatment. Therapy. Seqwin Any other help in that are out of the D.o.C. A order of Fed. Rule 35 for mental evaluation At "Central" State mental Institution Any NON Bias W/ Invin.

SIGNED THIS _____ DAY OF ___11___, 20_15___

**VERIFICATION:**

I, _____ state that I am the plaintiff in this action and I know the content of the above complaint, that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 USC § 1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, three or more occasions, while incarcerated, brought an action or appeal in federal court that are dismissed on the grounds that it was frivolous, malicious or failed to state a claim upon which relief may be granted, unless the prisoner is in imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of filing fees.

I declare under penalty of perjury the foregoing to be true and correct.

DATED: _____ SIGNED: _____



VIRGINIA DEPARTMENT OF CORRECTIONS
**Regular Grievance**

Effective Date: December 1, 2010
Operating Procedure 866.1    Attachment 2

# REGULAR GRIEVANCE

Log Number: _____

| CLAYTON    Philip O. | 148494 | C | 305 |
|---|---|---|---|
| **Last Name     First** | **Number** | **Building** | **Cell/Bed Number** |

**WHAT IS YOUR COMPLAINT?  (Provide information from the informal process:  Attach Informal Complaint or other documentation of informal process.)** I submitted my INF, for this issue GRV. onto C.O.J.P mail bag in C-306 Jan J-10-2015 from C-305 mail pickup time to be mailed to JX.1.J.P INF GRV. cord. but I did not recieve a receipt or a response back from JX.1.JT GRV. cord. So J.4's Clerk J.1.J.P GRV. cord failed to process my INF. So now I go forward to E/R OMBUDSMEN OFFICE for Exaction of my Remedies. On Jan 19, or 20, 2015 I had surgery on my PENIS with Urology Dr. m.d. At MCV Hospital and I were to recieve a urology appointment follow up at MCV with Urology DR. in a timely manner of no more than two months before I were to be cleared to be shipped transfered back to S.O.S.P from JX.1.J.P medical unit. But on Jan 23, 2015 at J:30 a.m. my medical due process rights were violated, neglected, treated very poorly because at that time-date I were transfered from JX.1.JT to S.O.S.P without my medication from jail ever being sent with me. Please see INF Attachment. I cannot recieve erections, I'm urinating blood still, I have sinking nerve spasms in my PENIS and scrotum

**What action do you want taken?** ??? !!!

_____

_____

_____

_____

**Grievant's Signature:** Phillip Clayton     **Date:** 5-5-2015

**Warden/Superintendent's Office:** _____

**Date Received:** _____

RECEIVED
MAY 18 2015
OFFICE OF HEALTH SERVICES

RECEIVED
MAY 08 2015

1 of 2

*Revision Date: 5/29/07*



VIRGINIA DEPARTMENT OF CORRECTIONS
**Regular Grievance**

Effective Date: December 1, 2010
**Operating Procedure 866.1    Attachment 2**

**INSTRUCTIONS FOR FILING**: You are required per Operating Procedure 866.1 *Offender Grievance Procedure* to attempt to resolve your complaint in good faith prior to filing a regular grievance.  You must submit your grievance within 30 days from the date of occurrence or discovery of incident.  Only one issue per grievance will be addressed.  Write your issue only in the space provided on the grievance form, preferably in ink.  Regular grievances are submitted through the institutional mail to the Warden/Superintendent's office and a receipt issued within 2 working days from received date if the grievance is not returned during intake.

**INTAKE**:  Grievances should be accepted for logging unless returned for the following reason(s):

| | |
|---|---|
| ☐ | Non-Grievable.  This issue has been defined as non-grievable in accordance with Operating Procedure 866.1.<br>☐ Disciplinary Procedure.  You may appeal hearing decisions, penalties, and/or procedural errors under the provisions in Operating Procedure 861.1, *Offender Discipline*.<br>☐ Matters beyond the control of the Department of Corrections |
| ☐ | Does not affect you personally |
| ☐ | Limited.  You have been limited by the Warden/Superintendent |
| ☐ | More than one issue – resubmit with only one issue |
| ☐ | Expired Filing Period.  Grievances are to be filed within 30 calendar days from date of occurrence/incident, or discovery of the occurrence/incident except in instances:  1) beyond the offender's control or, 2) where a more restrictive time frame has been established in Operating Procedures to prevent loss of remedy or the issue from becoming moot. |
| ☐ | Repetitive.  This issue has been grieved previously in Grievance # |
| ☐ | Inquiry on behalf of other offenders. |
| ☐ | Group Complaints or Petitions.  Grievances are to be submitted by individuals. |
| ☐ | Vulgar/Insolent or Threatening Language.  YOU MAY BE CHARGED IN ACCORDANCE WITH OPERATING PROCEDURE 861.1 *OFFENDER DISCIPLINE* |
| ☐ | Photocopy/Carbon Copy.  You must submit the original grievance for responses and appeals. |
| ☑ | Grievances Filed Regarding Another Institution.  This grievance is being returned to you for you to submit to: |
| ☐ | Informal Procedure.  You have not used the informal process to <u>resolve</u> your complaint |
| ☐ | Request for services |
| ☐ | Insufficient Information.  You need to provide the following information to the Grievance Office within 5 days before the grievance can be processed: _____ |
| ☐ | The issue in the grievance is different from the issue in the informal complaint |

Institutional Ombudsman/Grievance Coordinator: *C.J. Stanley*    Date: 5/8/15

**If you disagree with this decision, you have 5 calendar days from date of receipt to submit to the Regional Ombudsman for a review of the intake decision.  The Regional Ombudsman's decision is final.**

Regional Review of Intake (within 5 working days of receipt)

| | |
|---|---|
| ☐ | The intake decision is being upheld in accordance with Operating Procedure 866.1 *Offender Grievance Procedure*. |
| ☐ | The intake decision is being returned to you because the 5 day time limit for review has been exceeded. |
| ☐ | The grievance meets the criteria for intake and is being returned to the Warden/Superintendent for logging. |

Regional Ombudsman: _____    Date: _____

**WITHDRAWAL OF GRIEVANCE**:  I wish to voluntarily withdraw this grievance.  I understand that by withdrawing this grievance, there will be no further action on this issue nor will I be able to file any other grievance in the future on this issue.

Offender Signature: _____    Date: _____

Staff Witness: _____    Date: _____

*Revision Date: 5/29/07*

O.P-REC.1 HANDWriten Attachment 1.

INFORMAL COMPLAINT

Phillip D. Clayton                1146494              C-305 C.O JP

% E/A OBUDSMEN OFFICE D.C.C LD.

I submitted this same ISSUE INF into Mail Bag M C-305 on 3-10-2015 at mail Pick up time At GOJP to be mailed to S.V.S.P INF.GRV. con. to be Processed But S.V.S.P GRV. coord. Failed to Mailed me to A receipt of A response Back in A timely Manner. To BAT clear that S.V.S.P GRV.cord. failed to Process my INF. so now I am going forward to E/A OBUDSMEN OFFICE for Process. And to stamped INF And recieved And mail Back to me In A timely Manner. On JAN. 19. or 20. 2015 I had A urology Surgury done At MCV Hospital on my PENIS. And I were to recieve A urology Appoinment follow up in my Hospital in A timely Manner of No more than two month. And I were Not be liscend to be Shipped Back to Reddrion state prison until I At least had my urology follow up Appoinment. But now time have expirted over lapshed I were transfered Away to S.V.S.P medical on Jan. 23. 2015 to P.O.S.P Now I've been over two months withont me recievng my urology follow up Appoinment. It is clear to me that my medical issue proccess were violated - Neglected and poorly treated for. By MCV urology DR. M.D. and P.1.V.F DR. Vrlik and P.O.S.P DR. Smith - Mullins and S.V.S.P And P.O.S.P medical Adminwistration. Are All responsible for this issue. I have been urinating Blood the whole while, experencing sharp Pinching Pain in my PENIS and Scrotorum. I can't recieve AN Erection or Ejaculating.

[signature]                                           5-1-2015

Date Recieved:                              Tracking #:

Response Due:                              Assigned To:

Action taken Responses:

Respondence Signature              Printed Titled              Date

Withdrawal of Informal complaints

Offender Signatures:

Staff withdrew Signatures:

RECEIVED
MAY 18 2015

Date:

OFFICE OF HEALTH SERVICES



VIRGINIA
DEPARTMENT OF CORRECTIONS

Offender Request 801_F3_7-12

## Offender Request

**DIRECTIONS**
1. Fill in your <u>Name, Number, Full Housing Assignment</u>
2. Please <u>Print</u> your request; <u>KEEP IT BRIEF</u>
3. Drop in the appropriate Mail Box
4. Requests may be returned unanswered if addressed to the wrong department or if duplicate requests are sent.

| YOUR LAST NAME | FIRST | MI | NUMBER | BLDG/CELL |
|---|---|---|---|---|
| | | | | |

| WORK ASSIGNMENT | ASSIGNED COUNSELOR | TODAY'S DATE |
|---|---|---|
| | | |

**TO:** ☐ Unit Manager  ☐ Medical  ☐ Personal Property  ☐ Law Library  ☐ Security
☐ Treatment  ☐ Mental Health  ☐ Education  ☐ Enterprise Shop  ☐ Accounting
☐ Chaplain  ☐ Assistant Warden  ☐ Warden  ☐ Other

**CHECK PURPOSE**    ☐ Appointment Request    ☐ Question/Statement

_____

_____

_____

_____

_____

_____

_____

_____

**DO NOT ATTACH ADDITIONAL PAGES; DO NOT WRITE BELOW THIS LINE**

## RESPONSE

Request sent to correct department ☐ Yes ☐ No; Routed to: _____ Date: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Offender seen** ☐ Yes ☐ No

**Official Responding** _____    **Date of Response** _____

Revision Date: 7/16/12

## CERTIFICATE OF SERVICE

I, _Philip D. Crayton_ , hereby certify that on _8-13-15_ , I
[name]                                          [date]

served copies of _1983 GRVS._
_____
[name of document]

on the following parties by way of _The U.S. DISTRICT court of E/D Envelope sealed_
money with draw Legel/Loan postage outgoing mail.
[U.S. mail, UPS, overnight mail, email, fax, courier, etc.]

[List name and address of each attorney\party served]

_CLERK._ U.S. DISTRICT EASTERN DIST. COURT
701 E. Broad St. Suite 3000
RICHMOND, VA. 23219

_8-13-2015_
Date

_Philip Crayton_
Signature

_Notary Public_                                     _8/13/15_
NOTARY PUBLIC                                        DATE

MY COMMISSION EXPIRES: _June 30, 2016_

(Rev. 10/03)
AMEE DUNCAN
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7519209
My Commission Expires June 30, 2016

Dec - 2015 - 00023035

OCT. 16-2014

Philip D. Crayton 1146494
J.J.1 2,4414 Mussel White Dro
Waverly, VA. 23891

MR. HAROLD CLARKE
DIRECTOR VA. D'O'C
BOX 26963
RICHMOND, VA 23261

RECEIVED
AUG 28 2015
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

DEAR MR. CLARKE SIR! I AM having
A lot OE trouble here At J.J.1 with security tamperin
g, messing in my food given me Dirty contaminated tray meals
Staff try/h to Provoke fights with me. I AM Not in the right
facility setting I AM A NON-Violent M/H Offender right now
I would like to be at Powhatan Medical M/H Cen it or Lawrenc
eville M/H Unit or their seg. unit Attending my Hospital Doctor
Urology Appointments Properly on time Second this J.J.1 Se
g Bldg. is NOT enough freedom And Med. Care to treat
me for my M/H And serious Injury to my PENIS I Recent
ly received Since I've been here At J.J.1 on 9-23 2014 in 3B43
t were Injured and Neglected med. help Because of A Serious Breech
of security by not having A Emergency Intercom in cell
43 At All I was sending you My INF Receipt of that Issue Also
I were finally seen by J.J.1 DOCTor on 10-6-14 And on 10-7-14 Doc
had Me sent out to for A Urology Appointment in colonial High
clinic We left J.J.1 facility at 3:00. p.m. I were not Never taken
my Appointment At All t/o Transportation took Staff took me et
c where then brought Me back to J.J.1 Prison without me eve

second PG.)

→ ever attending my urology appointment. Also I didn't sign no refusal form. So I were flat out denighed neglected of my urology treatment examination. I am urinating blood and not actually urinating blood, just leak out and J.J. I still got me in the blg instead of at least housing me in medical and what happens with J.J. security not taken me to my urology appointment is a serious breach of security in my book. Also on 10-8-14 staff c/o named Bland approached cell door 3 B 43 and at 10:00 A.M. and told me I had to be escourted up to front desk to be taken out to go on transportation to my urology appointment but c/o Bland recieved a call on radio saying to come back to me later to take me up front later but no staff ever came back to take me to front desch now that's like three times I were neglected denighed of my medical urology appointment now. Long story short I wrote to you on Dec. 10 5:00 A.M. can't recall 10-14 with form inside of envelope for you to have ARP, cored, here 5:51 process my grief. INF complaint forms. because ARP. cord, here be playing around onfilling my INP.s and ARP's and FISS and FOI no I want to be transfered to Powhatan M/H unit so I can recieve better medical treatment and acute M/H care. I would like for you to forward copies of this letter to the HEALTH SERVICES DIRECTOR and to mental HEALTH DIRECTOR DR. CAREY I want to be transfered away from J.J. life on emergency/A.s I.P. to Powhatan or lawrranceville MHunit or I am going to cut my DREADS off right like that! Please have Wonderful blessed DAYS!) Sincerely/yours

                                                        Philipp CRAYTON
                                                        1146494

P.S. see request for MH transfer
Also INF reciept of breach of security/



# COMMONWEALTH of VIRGINIA

HAROLD W. CLARKE
DIRECTOR

*Department of Corrections*

P. O. BOX 26963
RICHMOND, VIRGINIA 23261
(804) 674-3000

February 3, 2015

Philip Crayton #1146494
Red Onion State Prison
Post Office Box 970
Pound, Virginia 24279

Dear Philip Crayton,

This letter is in response to your written inquiry where you have outlined your concerns regarding your housing assignment, staff and a sexual assault. You request that you be transferred to a facility most able to accommodate your mental health needs or released from custody. In your letter, you are challenging how staff handled your self-inflicted injury. You claim that you do not have an emergency intercom button to notify staff and upon injuring yourself, you passed out and were not assessed by medical staff. You note that staff refused to take you to your urology appointment. You further mention that you were sexually assaulted.

As you are aware, you are to utilize Operating Procedure 866.1, *Offender Grievance Procedure*, to address concerns such as this. It is noted that you have submitted Informal Complaint #SXI-14-INF-05978 regarding your housing assignment. If you were not satisfied with the response provided, you were given an opportunity to submit a grievance in accordance with the aforementioned procedure.

In regards to an emergency intercom, you have submitted Informal Complaint #SXI-14-INF-05489. If you were not satisfied with the response provided, you were given an opportunity to submit a grievance in accordance with the aforementioned procedure.

It is further noted that you submitted Informal Complaints #SXI-14-INF-05683, SXI-14-INF-06416 and SXI-14-INF-05661 and Regular Grievance #SXI-14-REG-00428 regarding missed medical appointments. You were not satisfied with your Level 1 response and therefore appealed to the Health Services Director. It should be noted that you have exhausted all applicable steps available to you concerning this issue. No further correspondence about this issue will be addressed.

Please note that your concerns regarding an alleged sexual assault have been shared with the appropriate staff for review.

I trust that this information addresses your concerns.

Sincerely,

Melissa Welch
Correspondence Unit Manager

cc: Earl Barksdale, Warden

MW/cf

Log # DOC_2015_00022519
        DOC_2015_00023035
        DOC_2015_00023604

VIRGINIA DEPARTMENT OF CORRECTIONS

## Grievance Receipt

866.1 A-3
DOC Location: SXI Sussex I State Prison
Report generated by Dillard-Wyatt, T A
Report run on 10/15/2014 at 9:25 AM

Grievance Number: <u>SXI-14-INF-05511</u>

Next Action Date: <u>10/30/2014 12:00 AM</u>

| On this date: | 10/15/2014 | | I have received a statement from: |
|---|---|---|---|
| Crayton, Philip D | 1146494 | of | Sussex I State Prison<br>HU3-B-43-B |
| *(Offender Name and DOC#)* | | | *(Filed Location and Housing)* |

Setting out the following complaint:

I have been violated upon a breech of security with serious injury on 09.23.14 on night shift I, P Crayton stuck my penis inside of the the empty intercom hole socket trying to make intercom button work. A long screw got stuck inside of penis bleed and swell my urine is blood I passed out unconscious security nor medical staff rescue me. There was no emergency intercom button in 3B 43 for me to use because intercom is completely empty hole.

|  |  |
|---|---|
| *(Signature)* | *(Title)* |

Rev. 03/30/2009



# COMMONWEALTH of VIRGINIA

*Department of Corrections*

HAROLD W. CLARKE
DIRECTOR

P. O. BOX 26963
RICHMOND, VIRGINIA 23261
(804) 674-3000

March 13, 2015

Congressman Robert C. "Bobby" Scott
2600 Washington Avenue, Suite 1010
Newport News, VA 23607

RE: **Philip Crayton #1146494**

Dear Congressman Scott,

The Correspondence Unit within the Virginia Department of Corrections received a letter from your office regarding the above named offender. In the offender's written inquiry, he has outlined his concerns regarding housing assignment, assault on another offender and staff. He states that he is a non-violent mental health offender. He requests to be transferred to a lower level facility or released from DOC custody. He states that he was transferred to his current assignment with an offender who he claims he witnessed being assaulted by security staff. He indicates that staff served his food that contained remnants of bodily fluids. He requests to have matters looked into.

Please note that a response has been provided directly to the offender regarding his concerns.

Sincerely,

Melissa Welch
Correspondence Unit Manager

cc: Earl Barksdale, Warden

MW/cf

Log# DOC_2015_00026439



DOC. 2015-00022519
1146494

# DEPARTMENT OF CORRECTIONS
## SUSSEX I STATE PRISON
### Request Form

Date: _11-7-14_

Inmate Name: CLAYTON D. Phillip    Number: _1146494_  Housing Unit: _JB 43_

To: _DIRECTOR MR. HAROLD CLARKE_

☐ Building Lieutenant, Housing Unit      ☐ Building Captain     ☐ Ombudsman
☐ Personal Property          ☐ Operations Officer   ☐ Commissary      ☐ Visitation
☐ Medical Administrator      ☐ Counselor        ☐ Law Library
☐ Hearings Officer           ☐ Food Service      ☐ Major
☐ Chaplain                   ☐ Inmate Records    ☐ Treatment Program Supervisor
☐ Mailroom                   ☐ Laundry           ☐ Assistant Warden
☐ Business Office/Inmate Accounts

**Request: Explain the nature of your request in this section only- No Attachments**

Hi Good Morning Sir! I would like to be transfered upon Emergency to a very low security center for the NON-Violent offender (thru release) Also I am a mental health patient I want to be removed out of seg. And away from super and maximum security prisons. This is a NON-violent offender prgm. release I can be sent to this month. please have a wonderful blessed days!!!
Phillip Clayton

Inmate's Signature                           _11-7-14_ Date

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Date Received: _____

Staff's Response: _____
_____
_____
_____
_____
_____
_____
_____

_____      _____      _____
**Staff's Signature**              **Department**                    **Date**

**WHITE: INMATE'S COPY WITH RESPONSE          YELLOW: RESPONDING DEPARTMENT**

1/14/2003

HU 3/4

Virginia Department of Corrections
Offender Request Form

Sussex 1 State Prison
LOP 23
05/01/08
Attachment #1

## DEPARTMENT OF CORRECTIONS
## SUSSEX I STATE PRISON
### Offender Request Form

Date: _10-20-19_

Inmate Name: _CRAYTON PHILIP_  Number: _1146499_  Housing Unit: _J2B9J_

To: _MR HAROLD CLARKE_

- [ ] Building Lieutenant, Housing Unit
- [ ] Personal Property
- [ ] Medical Administrator
- [ ] Hearings Officer
- [ ] Chaplain
- [ ] Mailroom
- [ ] Business Office/Inmate Accounts
- [ ] Building Captain
- [ ] Operations Officer
- [ ] Counselor
- [ ] Food Service
- [ ] Inmate Records
- [ ] Laundry
- [ ] Ombudsman
- [ ] Visitation
- [ ] Commissary
- [ ] Law Library
- [ ] Major
- [ ] Treatment Program Supervisor
- [ ] Assistant Warden

*I Sent INF Complaints to you recently to be Processed because GRV. card Refusing to Process*

**Request: Explain the nature of your request in this section only- No my INFS**
**Attachments**   Hello Good Morning! SIR! FIRST OFF I Aint
up for no Games. So Please DONND's Play around. NOW I Sent
A Letter to your office ANDRESSED 4S you but the otu
dstreu unit Intersepted my Letter to you. So Now I'm Sending
this back to you with more written INFO filling you in on the
unjustice neglect that I am Suffering from like o Punishment
here At S. 1 S P. Dealing with Bleech of security And Medical neg,
lestcare. And I WANT A Response BACK from MR At this time
And my Attached INF And G.R.V. S. 1 S P is Refusing to Process for me.

_Phillip Crayton_                                      _10-20-19_
**Inmate's Signature**                                 **Date**

*****************************************************************

**Date Received:** _____

**Staff's Response:** _____
_____
_____
_____
_____
_____
_____
_____

_____    _____    _____
**Signature**       **Department**      **Date**

**WHITE: INMATE'S COPY WITH RESPONSE**      **YELLOW: RESPONDING DEPARTMENT**

HU 3/4

# Offender Request

**DIRECTIONS**
1. Fill in your Name, Number, Full Housing Assignment
2. Please Print your request; KEEP IT BRIEF
3. Drop in the appropriate Mail Box

4. Requests may be returned unanswered if addressed to the wrong department or if duplicate requests are sent.

| YOUR LAST NAME | FIRST | MI | NUMBER | BLDG/CELL |
|---|---|---|---|---|
| Crayton | Philip | P | 1146494 | 303 D |
| WORK ASSIGNMENT | ASSIGNED COUNSELOR | | TODAY'S DATE | |
| | | | 6-12-2015 | |

TO: ☐ Unit Manager ☐ Medical ☐ Personal Property ☐ Law Library ☐ Security
☑ Treatment ☑ Mental Health ☐ Education ☐ Enterprise Shop ☐ Accounting
☐ Chaplain ☐ Assistant Warden ☐ Warden ☐ Other

**CHECK PURPOSE** ☐ Appointment Request ☐ Question/Statement

Hi GOOD morning I would like for M/H DR. McDuffie put me in
for a M/H refferal & transfer. at this time *Philip Crayton 6-12-15*
. transfer to Merrian Corr. Treatment center for acute care I want to recieve

---

**DO NOT ATTACH ADDITIONAL PAGES; DO NOT WRITE BELOW THIS LINE**

## RESPONSE

Request sent to correct department ☐ Yes ☐ No; Routed to: _____ Date: _____

Please write to Mental Health about this, and
try to write more legibly.

Offender seen ☑ Yes ☐ No

S. Hartish 858 M_____
**Official Responding**

6/15/15
**Date of Response**

Revision Date: 7/16/12





D3a3



VIRGINIA
DEPARTMENT OF CORRECTIONS

**Offender Request** 801_F3_7-12

## Offender Request

**DIRECTIONS**
1. Fill in your **Name, Number, Full Housing Assignment**
2. Please **Print** your request; **KEEP IT BRIEF**
3. Drop in the appropriate Mail Box

4. Requests may be returned unanswered if addressed to the wrong department or if duplicate requests are sent.

| YOUR LAST NAME | FIRST | MI | NUMBER | BLDG/CELL |
|---|---|---|---|---|
| CLAYTON | Philip | D | 1146494 | C-402 |

| WORK ASSIGNMENT | ASSIGNED COUNSELOR | TODAY'S DATE |
|---|---|---|
| | | 7-15-15 |

**TO:** ☐ Unit Manager  ☐ Medical  ☐ Personal Property  ☐ Law Library  ☐ Security
☐ Treatment  ☐ Mental Health  ☐ Education  ☐ Enterprise Shop  ☐ Accounting
☐ Chaplain  ☐ Assistant Warden  ☐ Warden  ☑ Other CLERK U.S. DISTRICT COURT

**CHECK PURPOSE** ☐ Appointment Request  ☐ Question/Statement DEAR CLERK! GOOD MORNING

HP Please feel me on this I am Pleading and fighting for my Life here, At R.O.S.P fighting against the severety of my Mental Health condition. I have shadow's that Are very real. The shadow is Attack me And can touch my Mind, Body and Soul At anytime And take over my body to kill me moments of the time the shadows possess me to kill me take my Soul by cutting in my body, stabbing me, putting blood in my meals. Also mutilating my PENIS shaving RAZOR's in side it. And depriving me from not taken my M/H medication's The shadow's Just the Demon's want to be here in cell 24/7 mostly no view outside of back window in cell Depriving of kitchen E. Gos. I have all back window's covered. on 7-5-15 2:00 A.M. Shadow's Attacked Shoved Metal shank down my Throat I cough up blood medical failed to send me out then on Hunger strike 9-Days But Medical nurse Draw my Hunger strike Blood on 7-8 or 9-15 At 2:00 A.M. But Nurse woods failed to turn in my blood to see where my Infection was at on 7-15-15 11:30 p.m. I were cut up very badly blood pouring out of Nurse on window to wall, sent to merry view Hospital I were stiched up But mercy view Dr. told R.O.S.P transportation And security to transport me to M.C.V Hospital that **DO NOT ATTACH ADDITIONAL PAGES; DO NOT WRITE BELOW THIS LINE** same Night Because

## RESPONSE

Request sent to correct department ☐ Yes  ☐ No; Routed to: _____ Date: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Offender seen ☐ Yes  ☐ No

_____          _____
**Official Responding**                    **Date of Response**



VIRGINIA
DEPARTMENT OF CORRECTIONS

**Offender Request** 801_F3_7-12

## Offender Request

**DIRECTIONS**
1. Fill in your **Name, Number, Full Housing Assignment**
2. Please **Print** your request; **KEEP IT BRIEF**
3. Drop in the appropriate Mail Box

4. Requests may be returned unanswered if addressed to the wrong department or if duplicate requests are sent.

| YOUR LAST NAME | FIRST | MI | NUMBER | BLDG/CELL |
|---|---|---|---|---|
| CRAYTON | Philup | P | 1146494 | C-402 |
| **WORK ASSIGNMENT** | **ASSIGNED COUNSELOR** | | **TODAY'S DATE** | |
| | DENKIN DENNETS | | 8-15-15 | |

**TO:** ☐ Unit Manager  ☐ Medical  ☐ Personal Property  ☐ Law Library  ☐ Security
☐ Treatment  ☐ Mental Health  ☐ Education  ☐ Enterprise Shop  ☐ Accounting
☐ Chaplain  ☐ Assistant Warden  ☐ Warden  ☑ Other CLERK / U.S. DISTRICT COURT!

**CHECK PURPOSE**  ☐ Appointment Request  ☐ Question/Statement

Attachment #2 told Court transportation And Security Sup. Sgt. to transport me to MCV-hospital in Richmond VA. Because, Merry View cannot work on me that Night And Donnot even have A Urologist At All. That night The Shadows Shoved Razor And Nail in my PENIS I need urology help Dr. At MCV. But C.O.V.P transportation said No No, No transportion Refused to transport me to MCV" that Night - Said that they Were Not driven me that far. Next Day Dr. Merry View wanted to put me to sleep But I had down couldn't Let him 40 W me that they would kill me in my sleep. on 7-30-15 - 8-Today, I have Blood in my Bowel movement Blood leaking out of my PENIS Blood in my throat. All C-bldg officer have seen this. 7-27-15 Wise County Cir. Court Judge Johnston Lawyer of M/H failed to Send me to A mental Institution After knowing my M/H cond. I am Begging to U.S. DISTRICT COURT to Intervene Please Send me an Emergency to Relieve the Help I need to A mental Institution Central State "VA Federal/State Rule 35 I fear for my life At C-407 my M/H Stability **DO NOT ATTACH ADDITIONAL PAGES; DO NOT WRITE BELOW THIS LINE** in danger. signature

## RESPONSE

Request sent to correct department ☐ Yes  ☐ No; Routed to: _____ Date: _____

_____
_____
_____
_____
_____
_____
_____
_____
_____

**Offender seen** ☐ Yes ☐ No

_____    _____
**Official Responding**                    **Date of Response**

*Revision Date:7/16/12*



VIRGINIA DEPARTMENT OF CORRECTIONS
Informal Complaint

Effective Date: December 1, 2010
Operating Procedure 866.1    Attachment 3

## Informal Complaint

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.

Offender Name: CRAYTON Philip
Offender Number: 1146491
Housing Assignment: 3B RECEIVED OCT 14 2014 ASST WARDEN

- [ ] Unit Manager/Supervisor
- [ ] Personal Property
- [ ] Medical Administrator
- [ ] Food Service
- [ ] Commissary
- [ ] Other (Please Specify):
- [ ] Treatment Program Supervisor
- [ ] Mailroom

Briefly explain the nature of your complaint (be specific): On September, 23, 2014 on Night Shift I Injured my PENIS and Scrotum by Ramming my PENIS Into a Socket hole in the Wall and A long Screw got Jarred inside of my PENIS my PENIS Was Bleeding I Did Not have A Intercom Emergency Botton in cell 3B43 to use to Notify Security And Medical Staff of my Serious Emergency Before I Injured And A father Injured myself I Passed Out from the Blood And Security nor Medical Assured Me this is Serious Breech of Security.

Offender Signature: Philip Crayton    Date: 10-3-2014

**Offenders - Do Not Write Below This Line** SX1-14-INF

Date Received: 10-14-14
Response Due: 10-29-14
Tracking #: 5489
Assigned to: Medical

Action Taken/Response:

Mr. Crayton
Medical has notified Security about your intercom button not being operational. This writer wants to notify you that you have been rescheduled for the removal of the foreign body.

Respondent Signature: M. Woodruff RN
Printed Name and Title: M Woodruff RN
Date: 10/15/14

**WITHDRAWAL OF INFORMAL COMPLAINT:**

I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

RECEIVED OCT 21 2014

Offender Signature: _____    Date: _____

Staff Witness Signature: _____    Date: _____

Sussex I State Prison
Grievance Office



VIRGINIA
DEPARTMENT OF CORRECTIONS

Regular Grievance 866_F1_1-13

# REGULAR GRIEVANCE

Log Number: _____

| CRAYTON Philip | 1146494 | JB | 43 |
|---|---|---|---|
| **Last Name**   **First** | **Number** | **Building** | **Cell/Bed Number** |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process: Attach Informal Complaint response or other documentation of informal process.) On Sept. 28, 2014 On Night Shift I Injured my PENIS and Stomach by Ramming my PENIS into a Jacket hole in the wall where a Intercom Emergency Button supposed to be But a long Screw got Jamed inside of my PENIS. My PENIS was Bleeding I did not have a Intercom Emergency Botton in cell 3B43 At night to use to notify Security and Medical Staff for my Serious Emergency Befor Injuring and after Injury I Passed out from the blood and Security nor Medical Assed me this a Serious Breech of Security. Please See INF Response #5489

**What action do you want taken?** to be Relocated moved to Powhatan Medical M/H unit. J.A.P Transfered to Powhatan M-U

**Grievant's Signature:** Philip Crayton     **Date:** 10-20-2014

**Warden/Superintendent's Office:** _____

**Date Received:** _____

RECEIVED

OCT 21 2014

Sussex I State Prison
Grievance Office

*Revision Date: 1/14/13*



VIRGINIA
DEPARTMENT OF CORRECTIONS

**Regular Grievance** 866_F1_1-13

**INSTRUCTIONS FOR FILING**: You are required per Operating Procedure 866.1 *Offender Grievance Procedure* to attempt to resolve your complaint in good faith prior to filing a regular grievance. You must submit your grievance within 30 days from the date of occurrence or discovery of incident. Only one issue per grievance will be addressed. Write your issue only in the space provided on the grievance form, preferably in ink. Regular grievances are submitted through the institutional mail to the Warden/Superintendent's office and a receipt issued within 2 working days from received date if the grievance is not returned during intake.

| | |
|---|---|
| **INTAKE:** Grievances should be accepted for logging unless returned for the following reason(s): | |
| ☐ | Non-Grievable. This issue has been defined as non-grievable in accordance with Operating Procedure 866.1. <br> ☐ Disciplinary Procedure. You may appeal hearing decisions, penalties, and/or procedural errors under the provisions in Operating Procedure 861.1, *Offender Discipline*. <br> ☐ Matters beyond the control of the Department of Corrections |
| ☐ | Does not affect you personally (This issue did not cause you personal loss or harm) |
| ☐ | Limited. You have been limited by the Warden/Superintendent |
| ☐ | More than one issue – resubmit with only one issue |
| ☐ | Expired Filing Period. Grievances are to be filed within 30 calendar days from date of occurrence/incident, or discovery of the occurrence/incident except in instances: 1) beyond the offender's control or, 2) where a more restrictive time frame has been established in Operating Procedures to prevent loss of remedy or the issue from becoming moot. |
| ☐ | Repetitive. This issue has been grieved previously in Grievance # |
| ☐ | Inquiry on behalf of other offenders. |
| ☐ | Group Complaints or Petitions. Grievances are to be submitted by individuals. |
| ☐ | Vulgar/Insolent or Threatening Language. YOU MAY BE CHARGED IN ACCORDANCE WITH OPERATING PROCEDURE 861.1 *OFFENDER DISCIPLINE* |
| ☐ | Photocopy/Carbon Copy. You must submit the original grievance for responses and appeals. |
| ☐ | Grievances Filed Regarding Another Institution. This grievance is being returned to you for you to submit to: |
| ☐ | Informal Procedure. You have not used the informal process to resolve your complaint |
| ☒ | Request for services *Send a Request To medical* |
| ☐ | Insufficient Information. You need to provide the following information to the Grievance Office within 5 days before the grievance can be processed: _____ |
| ☐ | The issue in the grievance is different from the issue in the informal complaint |

Institutional Ombudsman/Grievance Coordinator: *[signature]*  Date: *10/21/2014*

**If you disagree with this decision, you have 5 calendar days from date of receipt to submit to the Regional Ombudsman for a review of the intake decision. The Regional Ombudsman's decision is final.**

| | |
|---|---|
| Regional Review of Intake (within 5 working days of receipt) | |
| ☐ | The intake decision is being upheld in accordance with Operating Procedure 866.1 *Offender Grievance Procedure*. |
| ☐ | The intake decision is being returned to you because the 5 day time limit for review has been exceeded. |
| ☐ | The grievance meets the criteria for intake and is being returned to the Warden/Superintendent for logging. |

Regional Ombudsman: _____  Date: _____

**WITHDRAWAL OF GRIEVANCE**: I wish to voluntarily withdraw this grievance. I understand that by withdrawing this grievance, there will be no further action on this issue nor will I be able to file any other grievance in the future on this issue.

Offender Signature: _____  Date: _____

Staff Witness: _____  Date: _____

*Revision Date: 1/14/13*